Filed Nov. 24, 1883.

---

No. 10,119.

## Dufour et al. *v.* Kious.

From the White Circuit Court.

*W. F. Hays, J. D. Works* and *J. A. Works,* for appellants.
*A. W. Reynolds* and *E. B. Sellers,* for appellee.

Franklin, C.—This case is, in all respects, similar to the case of *Dufour* v. *Kious, ante,* p. 409. Upon the authority in that case the judgment in this case must also be reversed.

Per Curiam.—It is therefore ordered, upon the foregoing opinion, that the judgment of the court below be and it is in all things reversed, at appellee's costs, and the case is remanded, with instructions to the court below to sustain the demurrer to the complaint, and for further proceedings.

Filed Oct. 13, 1883.